**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DAVIS,<br><br>        Plaintiff,<br><br>  v.<br><br>DR. CAMPBELL, et al.,<br><br>        Defendants. | Case No. CV 19-0863 VAP (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 14, 2019

                                                  VIRGINIA A. PHILLIPS
                                                  UNITED STATES DISTRICT JUDGE